**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

DANIEL A. OLADELE                    CHAPTER 7
                                     CASE NO. 13-03008-8-SWH

      DEBTOR

## MOTION TO DELAY DISCHARGE AND EXTEND REAFFIRMATION AGREEMENT DEADLINE

**NOW COMES** the Debtor, through his undersigned counsel, who files a Motion to Delay Discharge and Extend Reaffirmation Agreement Deadline. The Debtor is not in agreement with the reaffirmation agreement amounts and needs additional time to resolve the issue. Debtor requests an additional three weeks for execution of the reaffirmation agreement.

**WHEREFORE** Debtor prays that the Complaint Deadline of August 5, 2013 and the Reaffirmation Agreement deadline in the above referenced case be extended to a later date to be set by the Court, for a period of equal to or longer than three weeks of the filing of this Motion.

This the 7th August, 2013.

                LAW OFFICE OF LEVETTE H. HOPKINS

                By: s/ Levette H. Hopkins
                Levette H. Hopkins
                Counsel for Debtors
                State Bar No. 27254
                4024 Barrett Drive; Suite 203
                Raleigh, NC 27609
                Tel: 919-779-7775
                Fax: 919-779-7771
                Email: lhhopkins@bellsouth.net

## CERTIFICATE OF SERVICE

      This is to certify that a true and exact copy of the foregoing document was served on all parties listed below by depositing same in the United States mail, postage prepaid.

David M. Warren
Chapter 7 Trustee
*(served electronically)*

Daniel A. Oladele
P.O. Box 20204
Raleigh, NC 278619

This the 7th day of August, 2013.

                                            LAW OFFICE OF LEVETTE H. HOPKINS

                                            By: s/ Levette H. Hopkins
                                            Levette H. Hopkins
                                            Counsel for Debtors
                                            State Bar No. 27254
                                            4024 Barrett Drive; Suite 203
                                            Raleigh, NC 27609
                                            Tel: 919-779-7775
                                            Fax: 919-779-7771
                                            Email: lhhopkins@bellsouth.net